ANDREW WINTER, plaintiff in error, vs. RANDOLPH Y. KINNEY, defendant in error.—*Judgment reversed, and venire de novo by the Supreme Court; costs to abide the event.* G. R. J. BOWDOIN, for plaintiff in error ; WILLIAM CURTIS NOYES, for defendant in error.

This was a case deciding that any agreement taken from a party in custody, intended as an indemnity to the sheriff, *for a breach of duty,* is void. But the prohibition extends only to the officer—not to the plaintiff in the process. And where there is some evidence that such an

agreement is made with the consent and for the benefit of the party, and with his authority; it is a question of fact for the jury whether the sheriff or party made the agreement. (Reported, 1 Comstock, 365.)